UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
ALLAN ABRAMS, IRAWADDY VENTURES, LLC, ISABEL KNISPEL, LOIRE VENTURES, LLC, LOUISE ABRAMS IRREVOCABLE TRUST DATED 4/2/70, ORINORO VENTURES, LLC, TRUST FBO LOUISE ABRAMS DATED 12/22/50, PARANA VENTURES, LLC, TRUST FBO ROBERTA ABRAMS DATED 1/11/88, YENGTZI VENTURES, LLC, TRUST FBO JOSHUA ABRAMS DATED 1/11/88, YENIESI VENTURES, LLC, TRUST FBO ROBERTA ABRAMS DATED 12/14/88, ST LAWRENCE VENTURES, LLC, TRUST FBO JOSHUA ABRAMS DATED 12/14/88, ZAMIBEZZI VENTURES, LLC, ROBERTA ABRAMS TRUST DATED 12/7/76, WILLAMETTE VENTURES, LLC, JOSHUA ABRAMS TRUST DATED 12/7/76, INDUS VENTURES, LLC, DAVID ABRAMS TRUST DATED 12/7/76, SENEGAL VENTURES, LLC,

           Plaintiffs,

           v.

NATIONAL WESTMINSTER BANK PLC,

           Defendant.
---------------------------------------------------------X

No. 11-CV-01667 (GBD)

ECF Case

**DISCLOSURE STATEMENT OF DEFENDANT**
**NATIONAL WESTMINSTER BANK PLC PURSUANT TO FRCP 7.1**

       Defendant National Westminster Bank Plc makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1.

1. <u>Identify all parent corporation(s).</u>

National Westminster Bank Plc is a wholly-owned subsidiary of The Royal Bank of Scotland plc, which is a wholly-owned subsidiary of The Royal Bank of Scotland Group plc, a public limited company organized under the laws of the United Kingdom.

2. <u>List any publicly-held company that owns 10% or more of the party's stock.</u>

National Westminster Bank Plc is a wholly-owned subsidiary of The Royal Bank of Scotland plc, which is a wholly-owned subsidiary of The Royal Bank of Scotland Group plc, a public limited company organized under the laws of the United Kingdom.

Dated: New York, New York
May 31, 2011

SCHULTE ROTH & ZABEL LLP

By: /s/ Michael E. Swartz

Howard Schiffman
Michael E. Swartz
919 Third Avenue
New York, New York  10022
(212) 756-2000
howard.schiffman@srz.com
michael.swartz@srz.com

*Attorneys for Defendant National Westminster Bank Plc*